FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC 15 2014

By: AMCauwe

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATALIE BROWN, et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:14-CV-2965-ODE |
| SUNTRUST BANKS, INC., et al., | |
| Defendants. | |

ORDER

This putative class action suit alleging violations of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 et seq., is before the Court on Defendants' Motion to Dismiss [Doc. 29] and Plaintiffs' Emergency Motion for Extension of Time [Doc. 30].

Having entered a stay of this action pending the United States Supreme Court's ruling in <u>Tibble v. Edison International</u> on November 12, 2014 [Doc. 31], the Court hereby DISMISSES WITHOUT PREJUDICE the parties' motions [Docs. 29 & 30] with leave to refile once the case is restored to the docket.

SO ORDERED, this __15__ day of December, 2014.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE